UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE VELEZ,

    Plaintiff,

v.                             Case No:  6:19-cv-4-Orl-78GJK

EKDK ENTERPRISE INC. and DOES 1-
10,

    Defendants.

_____

## ORDER

Defendant EKDK Enterprise, Inc.'s Verified Motion for Payment of Attorney's Fees,

Costs, and Litigation Expenses and Memorandum of Law in Support of Motion (Doc. 49),

is **DENIED without prejudice** because it fails to comply with Local Rule 3.01(g) which

provides:

> Before filing any motion in a civil case ... the moving party
> shall confer with counsel for the opposing party in a good
> faith effort to resolve the issues raised in the motion, and
> shall file with the motion a statement (1) certifying that
> moving counsel has conferred with opposing counsel and (2)
> stating whether counsel agree on the resolution of the
> motion.

Although phrased in terms of "counsel," "Local Rule 3.01(g) requires parties to confer with

unre[]presented parties as they would counsel." Craig v. Kropp, No. 2:17-CV-180-FTM-

99CM, 2018 WL 2277139, at *2 (M.D. Fla. May 18, 2018).

**DONE** and **ORDERED** in Orlando, Florida, on April 17, 2020.

THOMAS B. SMITH
United States Magistrate Judge

- 2 -

Copies furnished to:

    Counsel of Record
    Any Unrepresented Parties