UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE VELEZ,

    Plaintiff,

v.                                                        Case No:   6:19-cv-4-Orl-78GJK

EKDK ENTERPRISE INC. and DOES 1-10,

    Defendants.

## ORDER

Plaintiff Jose Velez' Motion for Compel Service (Doc. 51), is **DENIED without prejudice** because it fails to comply with Local Rule 3.01(g) which provides:

> Before filing any motion in a civil case ... the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised in the motion, and shall file with the motion a statement (1) certifying that moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.

**DONE** and **ORDERED** in Orlando, Florida, on April 17, 2020.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Any Unrepresented Parties